**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 11-37348 | BJH | Judge: BARBARA J. HOUSER | | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
|---|---|---|---|---|---|---|
| Case Name: | ELCOTEQ, INC. | | | | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | | | | 341(a) Meeting Date: | 11/22/11 |
| For Period Ending: | 03/05/15 | | | | Claims Bar Date: | 05/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 937.00 | 603.38 | | 603.38 | FA |
| 2. BANK OF AMERICA - CHECKING | 12,085.21 | 7,440.46 | | 7,440.46 | FA |
| 3. NORDEA BANK, NEW YORK | 0.00 | 0.00 | | 0.00 | FA |
| Multiple accounts all -0- | | | | | |
| 4. SECURITY DEPOSIT - ROYAL LANE | 10,470.00 | 0.00 | | 0.00 | FA |
| 5. SECURITY DEPOSIT-PENDALE | 3,966.24 | 0.00 | | 0.00 | FA |
| 6. STOCK - ISIS SURFACE MOUNTING | 0.00 | 0.00 | | 0.00 | FA |
| 7. STOCK - PCE MEXICANA | Unknown | 0.00 | | 0.00 | FA |
| 8. STOCK - ELCOTEQ SA de CV | Unknown | 0.00 | | 0.00 | FA |
| 9. STOCK - ELCOTEQ JUAREZ SA de CV | Unknown | 0.00 | | 0.00 | FA |
| 10. ACCOUNTS RECEIVABLE | 39,427,479.00 | 30,846,346.98 | | 30,846,346.98 | FA |
| 11. CONTINGENT CLAIMS | 1,700,000.00 | 100.00 | | 0.00 | 100.00 |
| 12. OFFICE FURNITURE | 6,556.00 | 0.00 | | 0.00 | FA |
| 13. MACHINERY/EQUIP-MONTERREY MEX | 289,113.00 | 2,776,666.23 | | 2,776,666.23 | FA |
| 14. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.05 | Unknown |
| 15. OFFICE EQUIPMENT- IRVING TX | 2,723.00 | 22,626.32 | | 22,626.32 | FA |
| 16. MACHINERY/EQUIP-JUAREZ, MEX | 86,042.00 | 0.00 | | 0.00 | FA |
| 17. MACHINERY/EQUIP-BRAZIL | 151,961.00 | 191,415.00 | | 191,415.00 | FA |
| 18. INVENTORY-MONTERREY MEX | 2,315,561.00 | 0.00 | | 0.00 | FA |
| 19. INVENTORY-JUAREZ, MEX | 6,652,730.00 | 0.00 | | 0.00 | FA |
| 20. INVENTORY-FLORIDA (u) | 0.00 | 44,023.79 | | 44,023.79 | FA |
| 21. INSURANCE REFUND (u) | 0.00 | 4,473.27 | | 4,473.27 | FA |
| 22. MISC. REFUNDS (u) | 0.00 | 324.04 | | 324.04 | FA |
| 23. MISC REBATES (u) | 0.00 | 278.75 | | 278.75 | FA |
| 24. TAX REFUND (u) | 0.00 | 7,259.62 | | 7,259.62 | FA |
| 25. Preference Claims (u) | 0.00 | 3,000,000.00 | | 378,628.07 | 2,621,371.93 |

LFORM1

Ver: 18.04

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 11-37348 BJH Judge: BARBARA J. HOUSER | Trustee Name: | ROBERT MILBANK, JR., TRUSTEE |
|---|---|---|---|
| Case Name: | ELCOTEQ, INC. | Date Filed (f) or Converted (c): | 10/27/11 (f) |
| | | 341(a) Meeting Date: | 11/22/11 |
| | | Claims Bar Date: | 05/01/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 26. Refund - Bond Premium (u) | 0.00 | 5,860.00 | | 5,860.00 | FA |

|   |   |   |   |   |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $50,659,623.45 | $36,907,417.84 | $34,285,945.96 | Gross Value of Remaining Assets $2,621,471.93 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

THE TRUSTEE HAS SETTLED THE LAST TWO REMAINING AVOIDANCE ACTIONS. CLAIMS WORK AND FINAL TAX RETURN STILL REMAIN.

Initial Projected Date of Final Report (TFR): 12/31/13      Current Projected Date of Final Report (TFR): 12/31/15

LFORM1                                                                                                                                Ver: 18.04